IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GARRY JEAN-LOUIS and MURIELLE JEAN-LOUIS, <br><br> Plaintiffs, <br><br> vs. <br><br> APRIL COMBS and ANGELA BOLEMON, <br><br> Defendants. | Case No. 3:22-cv-51 |

## NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Middle District of Georgia, Athens Division

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), on behalf of Defendant April Combs, who is an employee of the United States and sued while acting within the scope of her office or employment as a Special Agent (SA) with the Atlanta Field Division, United States Drug Enforcement Administration (DEA) at the time of the alleged tort, the undersigned Assistant United States Attorney for the Middle District of Georgia files this Notice of Removal and in support respectfully shows:

1.

An employee of the United States is a Defendant in the above-captioned civil action now pending in the Superior Court of Walton County, Georgia, as Civil Action Number SUCV2022000301, within the judicial district and division of this Court. No trial has yet been had in this action.

2.

Plaintiffs' complaint alleges that Defendant April Combs, an employee of the Drug Enforcement Administration (DEA), was negligent in the operation of the vehicle she was driving and is liable for the damages that Plaintiffs sustained as a result of her alleged negligence.

3.

Defendant April Combs was acting within the scope of her office or employment with the DEA at the time of the alleged tort involving a motor vehicle accident, which is the subject of Plaintiffs' complaint.

4.

The matter is removable from state to federal court under 28 U.S.C. § 1442.

5.

As required by 28 U.S.C. § 1446(a), the documents comprising Exhibit A are copies of the complaint and documents received by SA April Combs in this action.

6.

A copy of this Notice of Removal is being served upon Plaintiffs and a copy hereto will be filed with the Clerk of the Superior Court of Walton County, Georgia, pursuant to 28 U.S.C. § 1446(d), whereupon all further proceedings shall be in this Court.

7.

The filing of this Notice of Removal is timely pursuant to the requirements of 28 U.S.C. § 1446(b).

WHEREFORE, Defendant April Combs prays that the above-captioned action, pending in the Superior Court of Walton County, Georgia, be removed to this Court for such further proceedings as may be appropriate.

Respectfully submitted, this 4th day of May, 2022.

                                PETER D. LEARY
                                UNITED STATES ATTORNEY

By:   */s/ Kevin D. Abernethy*
        KEVIN D. ABERNETHY
        ASSISTANT UNITED STATES ATTORNEY
        Georgia Bar No. 142310
        United States Attorney's Office
        P.O. Box 1702
        Macon, GA 31202-1702
        Telephone: (478) 621-2690
        Email: Kevin.Abernethy@usdoj.gov
        *Attorney for Defendant United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the within and foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system.  I also certify that the following parties have been served on this date either by electronic means of the Court or via U. S. Mail with proper postage affixed thereto.

Eric L. Jensen, Esq.
Jensen Law, LLC
6111 Peachtree Dunwoody Road
Building G, Suite 201
Atlanta, Georgia 30328

Angela Bolemon
337 Annslee Circle
Loganville, GA  30052

This 4th day of May, 2022.

                                                    */s/ Kevin D. Abernethy*
                                                    KEVIN D. ABERNETHY
                                                    Assistant United States Attorney