IN THE SUPERIOR COURT OF WALTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| GARRY JEAN-LOUIS and<br>MURIELLE JEAN-LOUIS<br><br>    Plaintiffs,<br><br>v.<br><br>APRIL COMBS and,<br>ANGELA BOLEMON<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. SUCV2022000301<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF MARCIA N. TIERSKY**

I, Marcia N. Tiersky, do hereby declare and state as follows:

1. I have personal knowledge of the statements made herein. If called as a witness, I could and would testify competently thereto.

2. I am the Associate Chief Counsel, Civil Litigation Section, in the Office of Chief Counsel of the United States Department of Justice, Drug Enforcement Administration (DEA).

3. As such, I am the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to DEA under the Federal Tort Claims Act (FTCA). Agency procedures require that all FTCA claims over $500.00 be submitted to this office for review.

4. As a routine business practice, this office maintains an electronic record of each such claim. This system has been in effect for over ten years.

5. I have become aware that Plaintiffs Garry Jean-Louis and Murielle Jean-Louis have filed a civil action in which they purport to assert claims against DEA.

1

6. On or about April 6, 2022, I caused a thorough search to be made of the FTCA claim records of this office to determine whether Garry Jean-Louis or Murielle Jean-Louis presented a claim to DEA regarding the issues raised in the instant case.

7. My office has no record that any FTCA claim was presented to DEA by Garry Jean-Louis, Murielle Jean-Louis, or anyone acting on their behalf.

8. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing statements are true and correct.

Executed this __6th__ day of April 2022.

_____
Marcia N. Tiersky