IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GARRY JEAN-LOUIS and MURIELLE JEAN-LOUIS, | * |
| | * |
| Plaintiffs, | Case No. 3:22-cv-51-CDL |
| v. | * |
| UNITED STATES OF AMERICA and ANGELA BOLEMON, | * |
| | * |
| Defendants. | |

## JUDGMENT

Pursuant to this Court's Order dated June 2, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing Defendant, UNITED STATES OF AMERICA, and remanding this case as to Defendant, ANGELA BOLEMON, to the Superior Court of Walton County, Georgia.

This 2nd day of June, 2022.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk